The People of the State of Illinois, defendant in error, v. Paul Bein, otherwise known as Duke Bein, plaintiff in error. Gen. No. 7,113.

Charge under Search and Seizure Act of sale of intoxicating liquor and keeping intoxicating liquor for sale. Defendant found guilty. Fined aggregate of $750 and sentenced to jail for 90 days. Error to the County Court of Lake county; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the June term, 1922. Affirmed. Opinion filed January 24, 1923.

James G. Welch, for plaintiff in error. Ashbel V. Smith and Sidney H. Block, for defendant in error.

Mr. Justice Partlow delivered the opinion of the court.

Ralph Basford, appellee, v. Rockford & Interurban Railway Company, appellant. Gen. No. 7,124.

Action for damages for personal injuries sustained by plaintiff in collision between street car and motorcycle ridden by plaintiff. Judgment for plaintiff. Appeal from from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 24, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Fisher, North, Welsh & Linscott, for appellant. Garrett, Maynard & Hull, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Charles Krahenbuhl, plaintiff in error. Gen. No. 7,131.

Charge under Prohibition Act of sale, unlawful possession and manufacture of intoxicating liquor. Defendant found guilty and sentenced to a fine of $200 and confinement in county jail for 60 days. Error to the County Court of Lee county; the Hon. John B. Crabtree, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed January 24, 1923.

Grover W. Gehant and H. A. Brooks, for plaintiff in error. Mark C. Keller, for defendant in error.

Mr. Justice Partlow delivered the opinion of the court.

Charles D. Bemis, appellee, v. Edward E. Keating, appellant. Gen. No. 7,138.

Assumpsit for real estate commission. Judgment for plaintiff. Appeal from the County Court of Kane county; the Hon. S. N. Hoover, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 24, 1923. Rehearing denied April 4, 1923.

Walter E. Healy, for appellant. John M. Raymond and John K. Newhall, for appellee.

Mr. Justice Partlow delivered the opinion of the court.